No. 85–853.   McLain, Sheriff, Lincoln County, Oklahoma *v.* Walker.   C. A. 10th Cir.   Certiorari denied.   ▮

No. 85–866.   Holmes *v.* United States.   C. A. 11th Cir. Certiorari denied.

No. 85–880.   Directory Service Company of Colorado, Inc., et al. *v.* Rockford Map Publishers, Inc.   C. A. 7th Cir.   Certiorari denied.

No. 85–893.   Hunt et al. *v.* United States.   C. A. 4th Cir. Certiorari denied.

No. 85–903.   Certain Unnamed Prospective Defendants *v.* Newspapers, Inc., et al.   Sup. Ct. Wis.   Certiorari denied.

No. 85–905.   Salisbury *v.* James River Corp. et al.   C. A. 6th Cir.   Certiorari denied.

No. 85–906.   In re Martin-Trigona.   C. A. 2d Cir.   Certiorari denied.

No. 85–909.   Namenwirth *v.* Board of Regents of the University of Wisconsin System.   C. A. 7th Cir.   Certiorari denied.

No. 85–911.   Marty *v.* United States.   C. A. 11th Cir. Certiorari denied.

No. 85–915.   Law Firm of Daniel P. Foster, P. C. *v.* United States.   C. A. 2d Cir.   Certiorari denied.

No. 85–916.   Law Firm of Daniel P. Foster, P. C. *v.* United States.   C. A. 2d Cir.   Certiorari denied.

No. 85–923.   Mills et al. *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 85–931.   Kirkley *v.* Louisiana.   Ct. App. La., 1st Cir. Certiorari denied.

No. 85–932.   Marin et al. *v.* Department of Health and Human Services et al.   C. A. 9th Cir.   Certiorari denied.